UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2021
```

JENISA ANGELES,

                Plaintiff,

-against-

PLANTATION PEANUTS OF WAKEFIELD, VIRGINIA, INC.,

                Defendant.

1:21-cv-05194-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff has filed a letter informing the Court that the parties have reached a settlement. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by November 15, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  October 13, 2021**
        **New York, NY**

                                      *Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**